Terry L. Baker (SBN 214365)
LAW OFFICES OF JON JACOBS
1 Ridgegate Drive, Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500

Attorneys for Plaintiff
KRISTIN MATSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN MATSON,<br><br>  Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES ONE through TEN,<br><br>  Defendant. | CASE NO.: 2:18-cv-02829-CKD<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: March 11, 2020                         LAW OFFICES OF JON JACOBS

　　　　　　　　　　　　　　　　　　　　　　 /s/ Terry L. Baker
　　　　　　　　　　　　　　　　　　　　　　 Terry L. Baker
　　　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　 KRISTIN MATSON

Dated: March 11, 2020                         MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　　　　　　　 /s/ Garrick Y. Chan (authorized 3/11/20)
　　　　　　　　　　　　　　　　　　　　　　 Garrick Y. Chan
　　　　　　　　　　　　　　　　　　　　　　 Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　 BMW of North America, LLC

**ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: March 17, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.2829